

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Caressa Desiray Dawson, Appellant

No. 06-25-00047-CR      v.

The State of Texas, Appellee

Appeal from the 336th District Court of Fannin County, Texas (Tr. Ct. No. CR-19-27104). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Chief Justice Stevens.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment and bill of costs by deleting the $25.00 time payment fee without prejudice to it being assessed later if more than thirty days elapses without payment of court costs after they become due. As modified, we affirm the judgment of the trial court.

We note that the appellant, Caressa Desiray Dawson, has adequately indicated her inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JUNE 20, 2025
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk